

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE SMITH and RAMIREZ RESTORATION, LLC, | § | No. 08-24-00018-CV |
| | § | AN ORIGINAL PROCEEDING IN |
| Relator. | § | MANDAMUS |
| | § | |
| | § | |

# **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Angie Juarez Barill, Judge of the 448th District Court of El Paso, Texas, and concludes that Relator's petition for writ of mandamus should be granted. We therefore conditionally grant the petition for a writ of mandamus and direct the trial court to rule on the pending "Motion to Consolidate or, in the Alternative, Motion to Dismiss." Our writ of mandamus will issue only if the trial court fails to rule on the motion to compel.

IT IS SO ORDERED THIS 12TH DAY OF MARCH 2024.

GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox and Soto, JJ.